Fourth Department. January 19, 1910.) Action by Mortimer D. Smith against Mike Miller. No opinion. Judgment and order affirmed, with costs.

SNELL, Respondent, v. NIAGARA PAPER MILLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Ralph M. Snell against the Niagara Paper Mills. No opinion. Judgment modified, by deducting from the verdict $86.27 as of the date of the rendition thereof, and, as so modified, affirmed, together with the order, without costs of this appeal to either party.

SPENCER, Respondent, v. BINGHAMTON RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by King W. Spencer against the Binghamton Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

SPIRO, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Philip Spiro, as trustee, against the City of New York and another. M. B. Gluck, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAGE, Respondent, v. C. MOENCH SONS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Clayton L. Stage, an infant, etc., against the C. Moench Sons Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict was contrary to and against the weight of the evidence, both as to defendant's negligence and plaintiff's freedom from contributory negligence.

KRUSE, J., dissents.

STANNARD, Appellant, v. ATLANTIC TERRA COTTA CO., Respondent. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Ambrose B. Stannard against the Atlantic Terra Cottta Company. H. C. Smyth, for appellant. G. Sumner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAPLES, Appellant, v. CORNWALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Oren G. Staples against Andrew C. Cornwall and others. No opinion. Order affirmed, with $10 costs and disbursements.

STEIGER, Respondent, v. MERYASH, Appellant, et al. (two cases). (Supreme Court, Appellate Division, First Department. January 28, 1910.) Actions by Ferdinand Steiger against Louis Meryash, impleaded with others. E. W. S. Johnston, for appellant. L. O. Van Doren, for respondent. No opinion. Orders modified, by providing that the costs imposed as a condition of amendment be made absolute, and, as so modified, affirmed, without costs. Orders filed.

In re STEVENSON. (Supreme Court, Appellate Division, First Department. December 30, 1909.) In the matter of Maxwell Stevenson. No opinion. Reargument ordered.

STEWART v. D'ONOFRIO (two cases). (Supreme Court, Appellate Division, First Department. January 28, 1910.) Actions by Oscar Stewart and by John M. Stewart, an infant, against Fortuanto D'Onofrio. No opinion. Motions to dismiss appeals granted, unless appellant comply with conditions stated in orders. Orders filed.

STEWART, Respondent, v. GARFORD, Appellant. (Supreme Court, Appellate Division, First Department. December 17, 1909.) Action by Gardiner Stewart against Arthur L. Garford. J. W. Ingram, for appellant. G. H. Montague, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STONE et al., Respondents, v. CLEVELAND, C., C. & ST. L. R. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Henry M. Stone and another against the Cleveland, Cincinnati, Chicago, & St. Louis Railroad Company, impleaded with others.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents, upon the ground that the contract for shipment was made with the Cincinnati Northern Railroad Company, and there is no evidence to show that such railroad is a part of the system of the Cleveland, Cincinnati, Chicago & St. Louis Railroad Company.

STRINGER v. BARKER. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Adolia G. Stringer against Charles B. Barker. With this case has been consolidated in this court cases bearing titles as follows: Catherine M. Bernadacy v. Schenke Piano Co.; People ex rel. A. H. Joline v. Wm. R. Willcox; John D. Parks Sons v. Charles Hubbard; David Boker v. H. Koehler & Co.; Clarence B. Rice v. Wittner Jaffer Co.; Doris C. Rice v. Same; New York & Pennsylvania Co. v. Antonio Dezego; Martha B. Patterson v. Thomas H. Taylor; Anna A. Flynn v. New York Taxicab Company. No opinions. Motions denied, with $10 costs. Orders filed.

SUBSIDIARY HIGH COURT OF A. O. F. et al., Respondents, v. GRAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Ac-